IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RECEIVABLES PURCHASING CO., INC.                           PLAINTIFF

    v.              CASE NO. 05-CV-2083

ENGINEERING AND PROFESSIONAL
SERVICES, INC.                                             DEFENDANT

## ORDER

    Now on this 19th day of April, 2006, upon consideration of the defendant's motion to strike errata sheet (#29) filed on April 12, 2006, the Court finds that this motion, as well as any other pretrial discovery motions that may subsequently be filed in this case, should be and hereby is referred to United States Magistrate Judge Beverly Stites Jones for disposition or recommendation, whichever is appropriate.

    Trial is scheduled for July 10, 2006.

                                 /S/ *Robert T. Dawson*
                                    Robert T. Dawson
                                    United States District Judge