IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RECEIVABLES PURCHASING COMPANY, INC.                                    PLAINTIFF

v.                              Civil No. 05-2083

ENGINEERING AND PROFESSIONAL SERVICES, INC.                    DEFENDANT

**O R D E R**

Comes on for consideration defendant's second motion to compel filed May 17, 2006. (Doc. 39). Plaintiff responded on May 30, 2006. (Doc. 48).

Based on the matters presented, the motion to compel is hereby granted. On or before June 16, 2006, plaintiff is to produce, if it has not already produced, all documents and records regarding the two sets of reserve accounts which are in its "possession, custody, or control." Fed. R. Civ. P. 34(a). Control means the legal right to obtain the document on demand. *See* Wright, Miller & Marcus, Federal Practice & Procedure, Civil 2nd: § 2210 and n. 5 (2nd Ed. 1994).

IT IS SO ORDERED this 2nd day of June 2006.

                                            /s/Beverly Stites Jones
                                            HON. BEVERLY STITES JONES
                                            UNITED STATES MAGISTRATE JUDGE